FILED
CLERK, U.S. DISTRICT COURT

DEC - 3 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER CR 08-600-SVW |
| v. Virgil Edward Grant, III DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _Defendant_ , IT IS ORDERED that a detention hearing is set for _December_ , _4_ , at _2:00_ ☐a.m. / ☑p.m. before the Honorable _Eick_ , in Courtroom _20_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: _12/3/09_     _____
U.S. District Judge/Magistrate Judge